UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
Lisa A. Pinkard, pro se, :
:
                Plaintiff, : **ORDER**
:
       -against- : 03-CV-5419 (DLI)(JO)
:
:
Sharinn & Lipshie, PC, :
:
                Defendant. :
-----------------------------------------------------------------x

**DORA L. IRIZARRY, U.S. District Judge:**

      It appearing that no objections have been filed to the Report and Recommendation of the Honorable James Orenstein, U.S.M.J., dated August 4, 2005; and

      Upon consideration, the Report and Recommendation is hereby adopted in full. Accordingly, it is hereby

      ORDERED that this action is dismissed; and it is further

      ORDERED that service of a copy of this Order shall be made by the Clerk of this Court by forwarding a copy hereof to all parties. The Clerk of the Court is further directed to close this case.

DATED:     Brooklyn, New York
             August 31, 2005

                                            _____/s/_____
                                                DORA L. IRIZARRY
                                            United States District Judge