UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
LISA A. PINKARD, pro se,

                       Plaintiff,

-against-

SHARINN & LIPSHIE, PC,

                       Defendant.
-----------------------------------------------------------------X

JUDGMENT
03-CV- 5419 (DLI)

FILED
IN CLERKS OFFICE
U.S. DISTRICT COURT ED. N.Y.
★ SEP - 1 2005 ★

P.M. _____
TIME A.M. _____

An Order of Honorable Dora L. Irizarry, United States District Judge, having been filed on August 31, 200, adopting the Report and Recommendation of Magistrate Judge James Orenstein, dated August 4, 2005, dismissing the action with prejudice for failure to prosecute, pursuant to Rule 41(b) of the Federal Rules of Civil Procedure; it is

ORDERED and ADJUDGED that plaintiff take nothing of the defendant; that the Report and Recommendation of Magistrate Judge James Orenstein is adopted; and that the action is dismissed with prejudice for failure to prosecute, pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.

Dated: Brooklyn, New York
        September 01, 2005

Robert C. Heinemann
Clerk of Court

By: _____
     Terry Vaughn
     Chief Deputy Clerk
     for Operations